BEFORE: VIKTOR V. POHORELSKY DATE: 1/20/10
     U.S. MAGISTRATE JUDGE     START TIME: 10:00 a.m.
                     END TIME: 11:15 a.m.

DOCKET NO.  CV-09-2883           JUDGE: FB

CASE NAME:  Curbelo, et al. v. Paysandu, Inc. et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Settlement

APPEARANCES: Plaintiff  Michael Faillace

        Defendant  James Versocki

SCHEDULING AND RULINGS:

1. Settlement discussions held (parties were present but did not participate), but settlement not possible without some exchange of discovery. At the next conference, the court will explore with counsel whether another settlement conference should be scheduled.

2. All parties shall respond in writing to the discovery requests that have been served by both sides no later than February 15, 2010. Any disputes concerning the responses are to be discussed by counsel in person or telephonically (see Local Civil Rule 37.3(a)). Disputes which the parties are unable to resolve through such discussions shall be made the subject of letter motions to be filed no later than March 10, 2010; opposition to such motions is to be filed by March 17, 2010; no replies.

3. The next conference will be held by telephone on **March 19, 2010 at 2:00 p.m.**, to be initiated by counsel for the defendants (Chambers: 718-613-2400).