BEFORE: VIKTOR V. POHORELSKY                           DATE:        7/9/10
              U.S. MAGISTRATE JUDGE                 START TIME:  3:10 p.m.
                                                                      END TIME:    3:25 p.m.

DOCKET NO.   CV-09-2883                                                JUDGE:   FB

CASE NAME:   Curbelo, et al. v. Paysandu, Inc. et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff    Michael Faillace

                         Defendant   James Versocki

SCHEDULING AND RULINGS:

1. The parties advise that they are still ironing out language in their settlement agreement but believe that they will be able to do so shortly. They will be submitting the stipulation of settlement and dismissal for signature by Judge Block.

2. The next conference will be held by telephone on **August 6, 2010 at 3:15 p.m.**, to be initiated by counsel for the defendants (Chambers: 718-613-2400). The conference will be marked off the calendar, however, if the stipulation of settlement has been submitted via ECF for endorsement by the court.